

# Fourth Court of Appeals

## San Antonio, Texas

October 26, 2017

No. 04-17-00568-CR

The **STATE** of Texas,
Appellant

v.

Martin Rivera **LOPEZ**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 549327
Honorable Genie Wright, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to November 22, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court